WR-67,418-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/22/2015 3:28:19 PM
Accepted 12/22/2015 3:30:24 PM
ABEL ACOSTA
CLERK

RECEIVED
COURT OF CRIMINAL APPEALS
12/22/2015
ABEL ACOSTA, CLERK

IN THE COURT OF CRIMINAL APPEALS

AND

384TH JUDICIAL DISTRICT COURT

---

EX PARTE MICHAEL JACQUES, Applicant

---

CAUSE NO. 20020D03178-168-2

No. WR-67,418-02

In the 384th District Court (transferred from the 168th District Court)

El Paso County, Texas

The Honorable Patrick Garcia, Judge Presiding

---

## THIRD JOINT MOTION FOR EXTENSION

**COME NOW** the habeas court and the parties, Applicant, Michael Jacques, by and through his counsel, the El Paso County Public Defender's Office, and the State of Texas, by and through her counsel, the Honorable Lily Stroud, and **HEREBY** jointly move the Court of Criminal Appeals to grant the habeas court an extension from the current timeline of Tuesday, December 29, 2015, to Friday, the 29th of January, 2016. In support of the joint motion the evidentiary hearings have been completed, the parties have submitted their proposed findings of fact and conclusions of law, and the habeas court has prepared a preliminary draft of his supplemental findings and conclusions. However, the habeas court wishes the parties and the habeas court to further review the

---

1   Third Joint Motion for Extension

matter for purposes of his finalizing his supplemental findings and conclusions. Due to the holidays and the desire to ensure that this Court receives a complete and well-considered record, we jointly request an extension of the present deadline.

**WHEREFORE,** the parties and the habeas court respectfully request the Court grant this Joint Motion and extend the time for the habeas court and parties to complete the trial court matters to Friday, January 29, 2016, and for any other relief deemed proper.

**EL PASO COUNTY PUBLIC DEFENDER**
**Attorneys for the Defendant**

By: _____
ERIC WILLARD
Deputy Public Defender
State Bar No. 00795745
500 E. San Antonio, Ste. 501
El Paso, Texas 79901
915)546-8185/FAX (915)546-8186

**JAIME ESPARZA**
**DISTRICT ATTORNEY**
**34TH JUDICIAL DISTRICT**

_____
LILY STROUD
ASST. DISTRICT ATTORNEY
DISTRICT ATTORNEY'S OFFICE
201 EL PASO COUNTY COURTHOUSE
500 E. SAN ANTONIO
EL PASO, TEXAS 79901
(915) 546-2059/FAX (915) 533-5520
SBN 24046929

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was hand-delivered to the Honorable Patrick Garcia, 384th District Court Judge at the 384th District Court, to the District Attorney's Office for the 34th Judicial District, and the El Paso County Public Defender's Office, all at 500 E. San Antonio, El Paso, Texas 79901, and mailed to the Applicant, Michael Jacques, #1155051, at the Stiles Unit, 3060 FM 3514, Beaumont, Texas 77705, on this the 22ND day of December, 2015.